IN THE UNITED STATES DISTRICT COURT
OR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| RANDY CAMPBELL, | ) |
| PLAINTIFF | ) |
| V. | ) CIVIL ACTION |
| PNC MORTGAGE, a division of PNC BANK, N. A., | ) NO. 4:14-cv-00813-VEH |
| DEFENDANT. | ) |

### MOTION TO WITHDRAW AS ATTORNEY FOR PLAINTIFF

Comes now, Jack Floyd and the Floyd Law Firm and say:

1. This matter has heretofore been transferred from the Circuit Court of Etowah County, Alabama to the United States District Court for the Northern District of Alabama, Middle Division.

2. When this matter was filed in the Circuit Court of Etowah County, Alabama, the attorney of Jack Floyd and the Floyd Law Firm were entered as attorneys for the Plaintiff.

3. The undersigned and his law firm no longer practice law in the United States District Court for the Northern District of Alabama, Middle Division, and as such can not represent the Plaintiff in the pending action.

4. That the Plaintiff has been advised of the situation of the attorneys concerning the inability of the undersigned counsel to represent the Plaintiff in this Court in this case, and he has been advised to secure other representation.

5. That further proceedings should be continued pending the Plaintiff's ability to find additional counsel to represent him in this cause.

WHEREFORE, premises considered, Jack Floyd and the Floyd Law Firm that your Honor will enter an Order allowing said attorneys with withdraw as the attorneys for the Plaintiff in this cause in the United States District Court for the Northern District of Alabama, Middle Division.

_____
JACK FLOYD
ALABAMA BAR NO. ASB-1212-Y86J

THE FLOYD LAW FIRM, LLC
808 CHESTNUT STREET
GADSDEN, AL 35901
((256) 547-6328 (Phone)
(256) 546-8173 (Fax)
jack@floydlawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Motion was forwarded to the Plaintiff, Randy Campbell, 1528 Sibert Dr., Glencoe, AL 35905, on this the 15th day of May, 2014.

_____
JACK FLOYD
ALABAMA BAR NO. ASB-1212-Y86J